UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08cv2425 |
| | ) | |
| **RESOURCE TECHNOLOGY**, a | ) | Hon. Matthew F. Kennelly |
| Mississippi corporation, | ) | |
| | ) | Hearing: Thurs., May 8, 2008 |
| Debtor. | ) | at 9:30 a.m. |

### APPELLANT HARRY HENDERSON'S MOTION TO EXTEND TIME TO FILE APPELLATE BRIEF AND TO SET BRIEFING SCHEDULE

Harry Receiver, state court-appointed receiver ("Henderson"), by his undersigned attorneys, moves this Court pursuant to Fed. R. Bankr. P. 8009(a), to extend the time by which he may file his brief in support of appeal and to set a general briefing schedule.

1. On March 20, 2008, Henderson filed a notice of appeal of the Bankruptcy Court orders entered February 19, 2008 and March 11, 2008

2. On or about April 29, 2008, this appeal was transmitted to the District Court.

3. Rule 8009(a) provides an appellant with 15 days in which to file his initial brief after his appeal is docketed with the District Court. Henderson believes that this appeal could be docketed in this case as soon as April 30, 2008.

4. Henderson submits that an extension of time to file his brief is warranted here for several reasons: (i) there are numerous, complex issues; (ii) numerous documents designated for the record; and (iii) the undersigned counsel will be out of town the week that Henderson's brief would be due, returning shortly before the intervening Memorial Day holiday. Accordingly, Henderson requests an extension until June 5, 2008 of the date by which he must file his brief.

5. Finally, Henderson also notes that this appeal is substantively related to two other appeals before this Court bearing case nos. 08cv2426 (by appellant Illinois Investment Trust no.

92-7163) and 08cv2428 (by appellant Jay A. Steinberg, bankruptcy trustee for Resource Technology). Henderson respectfully suggests that this Court set one uniform briefing schedule because many of the issues in these three appeals are identical, the appellee, City of Peoria, is identical, and one briefing schedule will eliminate confusion and undue delay.

WHEREFORE, appellant Harry Henderson prays for this Court to (i) extend to June 5, 2008 the time by which he may file his appellate brief, (ii) set a general briefing schedule for this case and two related cases, and (iii) provide such other relief as this Court deems just and proper.

**HARRY HENDERSON**
**State court receiver**

By: /s/ Colleen E. McManus
       One of its attorneys

Louis D. Bernstein ARDC No. 6192379
Colleen E. McManus ARDC No. 06243473
**Much Shelist Denenberg Ament**
    **& Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Phone:  312-521-2000
Fax:  312-521-2100