**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 08cv2425 |
| | ) | |
| **RESOURCE TECHNOLOGY, a** | ) | Hon. Matthew F. Kennelly |
| **Mississippi corporation,** | ) | |
| | ) | Hearing: Thurs., May 8, 2008 |
| Debtor. | ) | at 9:30 a.m. |

## NOTICE OF MOTION

**TO:   SEE ATTACHED SERVICE LIST**

    **PLEASE TAKE NOTICE** that on **May 8, 2008** at the hour of **9:30 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly in **Courtroom 2103** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his stead and shall then and there present the **Appellant Harry Henderson's Motion to Extend Time to File Appellate Brief and to Set Briefing Schedule** which is hereby served upon you, and shall move the Court for entry of an Order in accordance therewith.

**AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SO SEE FIT.**

                             **HARRY HENDERSON**

                      By:   /s/ Colleen E. McManus
                            One of His Attorneys

Louis D. Bernstein, ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
**MUCH SHELIST DENENBERG AMENT**
    **& RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Telephone:  312-521-2000
Facsimile:  312-521-2100

## CERTIFICATE OF SERVICE

    Colleen E. McManus, affirms that she has served a copy of the Motion to all parties listed on the attached service list via ECF Filing and by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois and on May 1, 2008.

                                      /s/ Colleen E. McManus

**SERVICE LIST**

Illinois Investment Trust No. 92-7163
c/o Gregory J. Jordan
Peter J. Schmidt
Polsinelli Shalton Flanigan Suelthaus PC
180 N. Stetson, Suite 4525
Chicago, IL 60601

The City and County of Peoria
c/o Joseph E. Cohen
Cohen & Krol
105 W. Madison St., Suite 1100
Chicago, IL 60602

Linda M. Kujaca
SmithAmundsen LLC
150 N. Michigan Ave.
Suite 3300
Chicago, IL 60601

Allied Waste Industries, American Disposal
Service of Illinois, Inc. and Sangamon Valley Landfill, Inc.
c/o David C. Bohan
Robert S. O'Meara
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Phone: (312) 207-1000

Jay A. Steinberg, not individually but as Chapter 7 Trustee
for the Estate of Resource Technology Corporation
Barry A. Chatz
George Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago IL 60606