# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 1:08-cv-2425

RESOURCE TECHNOLOGY CORPORATION,

   DEBTOR.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jay A. Steinberg, not individually but solely as Chapter 7 Trustee

| NAME (Type or print) |
| --- |
| Gregory E. Ostfeld |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Gregory E. Ostfeld |

| FIRM |
| --- |
| Greenberg Traurig LLP |

| STREET ADDRESS |
| --- |
| 77 W. Wacker Drive, Suite 3000 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60601-1732 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6257163 | (312) 456-8400 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐