IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 1:08-cv-2425 |
| | ) | Case No. 1:08-cv-2426 |
| | ) | Case No. 1:08-cv-2428 |
| Resource Technology Corporation, | ) | |
| | ) | Appeal from Bankr. Case |
| Debtor. | ) | No. 99 B 35434 |

## NOTICE OF MOTION

TO:   See attached service list.

PLEASE TAKE NOTICE that on Thursday, May 8, 2008, at 9:30 a.m., we shall appear before Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 at 219 S. Dearborn, Chicago, Illinois, and present the Defendant's **MOTION TO CONSOLIDATE APPEALS**, a copy of which is hereby served upon you.

Dated: May 5, 2008           **Jay A. Steinberg not individually but solely as Chapter 7 Trustee for Resource Technology Corporation**

                By:   /s Gregory E. Ostfeld
                      _____
                      James G. Richmond
                      Gregory E. Ostfeld
                      GREENBERG TRAURIG, LLP
                      77 West Wacker Drive, Suite 2500
                      Chicago, Illinois 60601
                      (312) 456-8400

## CERTIFICATE OF SERVICE

    I, Gregory E. Ostfeld, an attorney, hereby certify that on May 5, 2008, I electronically filed the **APPEARANCE**, **NOTICE OF MOTION** and **MOTION TO CONSOLIDATE APPEALS** with the Clerk of Court using the CM/ECF system which will send notification of such filings to all counsel on the accompanying service list.

                                        /s/ Gregory E. Ostfeld
                                        Gregory E. Ostfeld

**SERVICE LIST**

Louis David Bernstein
Much Shelist
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
312-521-2000
312-521-2100 (fax)
lbernstein@muchshelist.com

Patrick A Clisham
Brian M Graham
Brian Shaw
Shaw Guissis Fishman Glantz Wolfson
321 North Clark Street
Suite 800
Chicago, IL 60610
(312)275-0584
pclisham@shawgussis.com

Robert M Fishman
1144 West Fulton St. #200
Chicago, IL 60607

Arlene Natalie Gelman
Sachnoff & Weaver Ltd
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
agelman@sachnoff.com

Kathryn Gleason
Office of the U.S. Trustee, Region 11
227 W. Monroe Street
Suite 3350
Chicago, IL 60606
312-886-3327
USTPRegion11es.ecf@usdoj.gov

Mitchell L. Marinello
Novack & Macey
100 North Riverside Plaza
Suite 1500
Chicago, IL 60606
(312) 419-6900
mmarinello@novackandmacey.com

Colleen E. McManus
DLA Piper US LLP IL
203 North LaSalle Street
20th Floor
Chicago, IL 60601
(312) 368-4000
cmcmanus@muchshelist.com

Alex Pirogovsky
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
(847) 325-5450
(847) 580-4951 (fax)
alex@alexplaw.com

Susan Valentine
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive
Suite 1700
Chicago, IL 60606
(312) 663-3100
svalentine@robinsoncurley.com