U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 C 2425

RESOURCE TECHNOLOGY CORPORATION


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALLIED WASTE INDUSTRIES, AMERICAN DISPOSAL SERVICE OF ILLINOIS, INC. and SANGAMON VALLEY LANDFILL, INC.

| NAME (Type or print) |
| --- |
| David C. Bohan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David C. Bohan |
| FIRM |
| REED SMITH LLP |
| STREET ADDRESS |
| 10 South Wacker Drive, Suite 4000 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3122194 | (312) 207-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |