# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 1:08-cv-2425

Resource Technology Corporation, Debtor

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The City and County of Peoria, Illinois

| |
|---|
| NAME (Type or print)<br>Linda M. Kujaca |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Linda M. Kujaca |
| FIRM<br>SmithAmundsen LLC |
| STREET ADDRESS<br>150 N. Michigan Ave., Suite 3300 |
| CITY/STATE/ZIP<br>Chicago, IL 60601-7524 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06243299 | TELEPHONE NUMBER<br>312/894-3255 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |
|---|