**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number:  08-cv-2425

**RESOURCE TECHNOLOGY CORPORATION**

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**
Illinois Investment Trust No. 92-7163

| |
|---|
| NAME (Type or print) <br><br> Louis D. Bernstein |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br><br> /s/ Louis D. Bernstein |
| FIRM <br><br> MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. |
| STREET ADDRESS <br><br> 191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP <br><br> Chicago, Illinois  60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br><br> 6192379 | TELEPHONE NUMBER <br><br> (312) 521-2000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X          NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐          NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X          NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ ||