UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08cv2425 |
| | ) | |
| **RESOURCE TECHNOLOGY, a** | ) | Hon. Matthew F. Kennelly |
| **Mississippi corporation,** | ) | |
| | ) | |
| **Debtor.** | ) | |

## PROPOSED SERVICE LIST

Louis D. Bernstein
Colleen E. McManus
Much Shelist Denenberg Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
**Counsel for Harry Henderson and Illinois**
    **Investment Trust No. 92-7163**

Linda M. Kujaca
SmithAmundsen LLC
150 N. Michigan Ave.
Suite 3300
Chicago, IL 60601
**Counsel for City of Peoria and County of**
    **Peoria, Illinois**

Robert S. O'Meara
Ann Pille
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
**Counsel for Allied Waste Industries,**
    **American Disposal Service of Illinois, Inc.**
    **and Sangamon Valley Landfill, Inc.**

George P. Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago IL 60606
**Counsel for Jay A. Steinberg, not individually but**
    **as Chapter 7 Trustee for the Estate of Resource**
    **Technology Corporation**

Respectfully submitted,

By: /s/ Colleen E. McManus
     An attorney

Louis D. Bernstein ARDC No. 6192379
Colleen E. McManus ARDC No. 06243473
**Much Shelist Denenberg Ament
   & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Phone:  312-521-2000
Counsel for Harry Henderson and Illinois
Investment Trust No. 92-7163

## CERTIFICATE OF SERVICE

I, Colleen E. McManus, an attorney, certify that, on this 22nd of May, 2008, I served the foregoing by causing copies to be sent by first class mail, proper postage prepaid, to the following:

Linda M. Kujaca
SmithAmundsen LLC
150 N. Michigan Ave.
Suite 3300
Chicago, IL 60601
**Counsel for City of Peoria and County of**
    **Peoria, Illinois**

Robert S. O'Meara
Ann Pille
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
**Counsel for Allied Waste Industries,**
    **American Disposal Service of Illinois, Inc.**
    **and Sangamon Valley Landfill, Inc.**

George P. Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago IL 60606
**Counsel for Jay A. Steinberg, not individually but**
    **as Chapter 7 Trustee for the Estate of Resource**
    **Technology Corporation**

                                                  /s/ Colleen E. McManus