UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08 CV 2425 |
| **RESOURCE TECHNOLOGY, a** ) | |
| **Mississippi corporation,** ) | Hon. Matthew F. Kennelly |
| ) | |
| **Debtor.** ) | |

## MOTION FOR LEAVE TO WITHDRAW

Attorney David C. Bohan respectfully moves this Court for leave to withdraw as counsel of record for appellees Allied Waste Industries, Inc., American Disposal Services of Illinois, Inc. and Sangamon Valley Landfill, Inc. (the "Allied Parties"). In support of this Motion, Mr. Bohan states as follows:

1. The Allied Parties are represented in this matter by Robert S. O'Meara, Ann Pille and Adam Chiss of the law firm Reed Smith LLP.

2. While a partner at Reed Smith LLP, Mr. Bohan also filed an appearance on behalf of the Allied Parties.

3. Mr. Bohan has withdrawn from the Reed Smith firm and will no longer be representing the Allied Parties in this matter.

4. The Allied Parties will continue to be represented by their current counsel of record, Mr. O'Meara, Mr. Chiss and Ms. Pille.

5. The Allied Parties do not object to Mr. Bohan's withdrawal of his appearance on their behalf.

WHEREFORE, attorney David C. Bohan respectfully requests that this Court grant this Motion and grant him leave to withdraw his appearance as one of the attorneys of record for

appellees Allied Waste Industries, Inc., American Disposal Services of Illinois, Inc. and Sangamon Valley Landfill, Inc.

Dated:  May 23, 2008

>Respectfully submitted,


>By:   /s/ David C. Bohan

David C. Bohan (Atty. ID 3122194)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661
(312) 902-5200

2

**CERTIFICATE OF SERVICE**

I, David C. Bohan, an attorney, hereby certify that on this 23rd day of May, 2008, I electronically filed the foregoing Motion for Leave to Withdraw with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Louis D. Bernstein (lbernstein@muchshelist.com)
Collen E. McManus (cmcmanus@muchshelist.com)
Much Shelist Denenberg Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606
**Counsel for Harry Henderson and Illinois**
     **Investment Trust No. 92-7163**

Linda M. Kujaca (lkujaca@salawus.com)
SmithAmundsen LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL  60601
**Counsel for City of Peoria and County of**
     **Peoria, Illinois**

Robert S. O'Meara (romeara@sachnoff.com)
Reed Smith LLP
10 South Wacker Drive
Chicago, IL  60606
**Counsel for Allied Waste Industries,**
     **American Disposal Service of Illinois, Inc.**
     **and Sangamon Valley Landfill, Inc.**

George P. Apostolides (gapostolides@arnstein.com)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL  60606
**Counsel for Jay A. Steinberg, not individually but**
     **as Chapter 7 Trustee for the Estate of Resource**
     **Technology Corporation**

                                                                          /s/ David C. Bohan