**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Resource Technology Corporation
                      Plaintiff,

v.                                                Case No.: 1:08−cv−02425
                                                      Honorable Matthew F. Kennelly

Allied Waste Industries, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion to consolidate cases is granted [#8]. Case No. 08 C 2426 and Case No. 08 C 2428 are consolidated into Case No. 08 C 2425. Motion for extension of time to file brief is granted [#4]. Appellants' opening brief is to be filed by 6/27/08; appellees' brief is to be filed by 8/8/08; and appellants' reply brief is to be filed by 8/22/08. The Court directs the multiple appellants and appellees in this case to file consolidated briefs to the extent reasonably feasible.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.