# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2425 | **DATE** | 6/17/2008 |
| **CASE TITLE** | In Re: Resource Technology Corp. | | |

**DOCKET ENTRY TEXT**

The motion of David C. Bohan to withdraw as counsel for Allied Waste Industries, Inc., American Disposal Services of Illinois, Inc. and Sangamon Valley Landfill, Inc. is granted [# 19].

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|