IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>RESOURCE TECHNOLOGY CORP.,<br><br>Debtor. | Case No. 08-CV-2425<br>(Consolidated)<br><br>Hon. Matthew J. Kennelly<br><br>Appeal from Case No. 99-35434<br>Hon. Eugene R. Wedoff |

**AGREED MOTION FOR SEVEN-DAY EXTENSION OF TIME TO FILE
APPELLATE RESPONSE BRIEF**

Appellees, Allied Waste Industries, Inc., American Disposal Services of Illinois, Inc., and Sangamon Valley Landfill, Inc. ("Allied"), by its undersigned counsel, respectfully request this Court to extend the due date for Appellees' response brief by seven days. In support of this motion, Allied states as follows:

1. This case involves an appeal by Appellants Illinois Investment Trust No. 92-7163, and the Chapter 7 Trustee for RTC, from a decision by the Bankruptcy Court that landfill gas contracts involving RTC, Allied and the City and County of Peoria could not be assumed and assigned to Illinois Investment Trust. Allied and the City and County of Peoria are the appellees in the case.

2. On June 27, 2008, Illinois Investment Trust filed its opening appellate brief. Pursuant to the Court's scheduling order, the Appellees' response briefs are currently due on Friday, August 8, 2008, and the Appellants' reply briefs are due on August 22, 2008.

3. Due to scheduling issues and a desire to more fully work on consolidating

common legal issues within the response briefs of Appellees Allied and the City and County of Peoria, Allied respectfully requests a brief seven-day extension of time for Appellees to file their appellate response briefs. This is Allied's first request for an extension. Such an extension would make the Appellees' response briefs due on Friday, August 15, 2008, and would extend the due date for the Appellants' reply briefs by an equivalent amount of time to August 29, 2008.

    4.    Counsel for Allied has conferred with counsel for the Appellants, Colleen McManus and George Apostolides, as well as counsel for co-Appellee, City and County of Peoria. None of them have any objection to this motion and each of them has authorized this Motion to be represented as an Agreed Motion.

WHEREFORE, for the reasons stated above, Allied respectfully requests this Court to grant this Motion and enter an order allowing Appellees an extension of time, to August 15, 2008, in which to file their appellate response briefs, and an equivalent extension of time to August 29, 2008, for the Appellants' reply briefs.

    Respectfully submitted,

    Allied Waste Industries, Inc., American Disposal
    Services of Illinois, Inc., and Sangamon Valley
    Landfill, Inc.,

    By: /s/ Robert S. O'Meara
          One of Its Attorneys

Dated: August 6, 2008

Robert S. O'Meara
Adam R. Chiss
Ann E. Pille
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
(312) 207-1000