IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>RESOURCE TECHNOLOGY CORP.,<br><br>Debtor. | Case No. 08-CV-2425<br>(Consolidated)<br><br>Hon. Matthew J. Kennelly<br><br><br>Appeal from Case No. 99-35434<br>Hon. Eugene R. Wedoff |

## NOTICE OF MOTION

To: George Apostolides        Colleen McManus
    Arnstein & Lehr           191 North Wacker Drive, Suite 1800
    120 South Riverside Plaza  Chicago, IL 60606
    Chicago, IL 60606

    Linda Kujaca
    Cohen & Krol
    105 W. Madison Street
    Suite 1100
    Chicago, IL 60602

PLEASE TAKE NOTICE that the undersigned shall appear before the Honorable Matthew J. Kennelly on August 12, 2008 at 9:30 a.m., in courtroom, 2103, 219 South Dearborn Street, Chicago, Illinois, and there and then present the attached **Agreed Motion for Seven Day Extension of Time to File Appellate Response Brie**f, a copy of which is attached hereto and served upon you.

/s/Robert S. O'Meara_____
Attorneys for Defendants

Robert S. O'Meara
Adam R Chiss
Ann E. Pille
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, IL   60606
312-207-1000
Firm I.D. 4448

## CERTIFICATE OF SERVICE

I, Robert S. O'Meara, hereby certify that I served Appellees, Allied Waste Industries, Inc., American Disposal Services of Illinois, Inc., and Sangamon Valley Landfill, Inc.'s **AGREED MOTION FOR SEVEN DAY EXTENSION OF TIME TO FILE APPELLATE RESPONSE BRIEF** through Electronic Notice for Registrants of the Court's ECF System and, in addition, to the counsel listed below via electronic mail:

George Apostolides, gpapostolides@arnstein.com

Colleen McManus, cmcmanus@muchshelist.com

Linda Kujaca, lkujaca@aol.com

Dated: August 6, 2008

/s/ Robert S. O'Meara

Robert S. O'Meara
Reed Smith LLP
10 South Wacker Drive
Chicago, Illinois 60606
(312) 207-1000
romeara@reedsmith.com