

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:                Linda M. Kujaca

FIRM:

STREET ADDRESS:      P.O. Box 254

CITY/STATE/ZIP:      Wood Dale, IL 60191

PHONE NUMBER:        630/408-4418

E-MAIL ADDRESS:      lkujaca@aol.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6243299

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08-cv-2425 | In re: Resource Technology Corp. | Kennelly |
| | | |
| | | |
| | | |
| | | |

/s/ Linda M. Kujaca                                             8/6/08
_____                          _____
Attorney's Signature                                              Date