# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2425 | **DATE** | 8/12/2008 |
| **CASE TITLE** | In Re: Resource Technology Corp. | | |

**DOCKET ENTRY TEXT**

Agreed motion for seven day extension of time is granted. Appellate response briefs are to be filed by 8/15/08; appellate reply briefs are to be filed by 8/29/08. All other conditions of the 5/5/08 order remain in effect.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|