# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| **RESOURCE TECHNOLOGY CORP.**, | ) | |
| | ) | |
| Debtor. | ) | |
| Illinois Investment Trust No. 92-7163, | ) | |
| | ) | Case Number 08-cv-2425 |
| Appellant, | ) | |
| v. | ) | Honorable Matthew Kennelly, |
| | ) | District Judge |
| The City of Peoria and the County of Peoria | ) | |
| | ) | Appeal from U.S. Bankruptcy Ct., |
| | ) | Judge Eugene R. Wedoff, |
| Appellee. | ) | Case No. 99 B 35434 |
| | ) | |

## NOTICE OF FILING

TO:   Louis D. Bernstein
      Colleen E. McManus
      Much Shelist
      191 N. Wacker Drive, Ste. 1800
      Chicago, IL 60606

PLEASE TAKE NOTICE that on the 15th day of August 2008, the City and the County of Peoria filed its Appellee Brief with the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, a copy of which is hereby served upon you.

/s/ Linda M. Kujaca

## CERTIFICATE OF SERVICE

Linda M. Kujaca, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the pleading attached thereto via the Court's ECF system and in a properly addressed, stamped and sealed envelope, directed to the persons shown on the attached Service List, and deposited same in the U.S. Mails at Chicago, Illinois, this 15th day of August 2008.

/s/ Linda M. Kujaca
P.O. Box 254
Wood Dale, IL 60191