**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 08cv2425 |
| | ) | |
| **RESOURCE TECHNOLOGY, a Mississippi corporation,** | ) ) | Hon. Matthew F. Kennelly |
| | ) | Hearing: Wed., August 27, 2008 |
| Debtor. | ) | at 9:30 a.m. |

**AMENDED NOTICE OF MOTION**

**TO:  Parties entitled to electronic notice**

    **PLEASE TAKE NOTICE** that on **Wednesday, August 27, 2008,** at the hour of **9:30 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly in **Courtroom 2103** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his stead and shall then and there present the **Agreed Motion to Extend Time for Appellate to File Brief,** a copy of which was already served upon you.

**AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SO SEE FIT.**

                                   **Illinois Investment Trust No. 92-7163**

                      By:    /s/ Colleen E. McManus
                                 One of His Attorneys

Louis D. Bernstein, ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
**MUCH SHELIST DENENBERG AMENT**
    **& RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Telephone:  312-521-2000
Facsimile:  312-521-2100

## CERTIFICATE OF SERVICE

Colleen E. McManus, an attorney, certifies that on the 20th day of August, 2008, she caused the foregoing motion to be served electronically upon the attorneys listed below, each of whom is registered to receive electronic notices in this case:

Barry A. Chatz
George Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago IL 60606

Linda M. Kujaca
P.O. Box 254
Wood Dale, IL 60191

Robert S. O'Meara
Ann E. Pille
Reed Smith, LLP
10 South Wacker Drive
Chicago, IL 60606


/s/ Colleen E. McManus