UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08cv2425 |
| | ) | |
| **RESOURCE TECHNOLOGY,** a | ) | Hon. Matthew F. Kennelly |
| Mississippi corporation, | ) | |
| | ) | Hearing: Wed., Aug. 27, 2008 |
| Debtor. | ) | at 9:30 a.m. |

## AGREED MOTION TO EXTEND TIME FOR APPELLANT TO FILE REPLY BRIEF

Appellant Illinois Investment Trust No. 92-7163 (the "Trust"), by its undersigned attorneys, makes this agreed motion to extend the time by which it must file its reply brief in support of appeal.

1. Pursuant to this Court's briefing schedule, the Trust on June 27, 2008 filed its opening appellate brief.

2. Following agreement between the parties, this Court entered a minute order providing that appellees Allied Waste Industries, Inc., American Disposal Services of Illinois, Inc., Sangamon Valley Landfill, Inc., the City of Peoria and the County of Peoria would have until August 15, 2008 to file their response briefs, and the Trust would have until August 29, 2008 to file its reply brief.

3. On August 15, 2008, the appellees filed two response briefs.

4. Due to the length of Allied's response brief and the travel schedules of both undersigned counsel during the week of August 25, 2008, the Trust requires seven (7) additional days in which to file its reply brief, *i.e.*, a new deadline of September 5, 2008. Counsel for all of the appellees have agreed to this extension.

5. The undersigned counsel apologize to the Court and the appellees for not bringing the request for an extension to their attention sooner.

WHEREFORE, appellant Illinois Investment Trust No. 92-7163 prays that this Court (i) extend to September 5, 2008 the time by which it must file its reply brief; and (ii) provide such other relief as this Court deems just and proper.

**Illinois Investment Trust No. 92-7163**

By: /s/ Colleen E. McManus
    One of its attorneys

Louis D. Bernstein ARDC No. 6192379
Colleen E. McManus ARDC No. 06243473
**Much Shelist Denenberg Ament
   & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Phone:  312-521-2000
Fax:  312-521-2100
cmcmanus@muchshelist.com

2