# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2425 | **DATE** | 9/8/2008 |
| **CASE TITLE** | In Re: Resource Technology | | |

**DOCKET ENTRY TEXT**

Appellant's agreed motion to extend time to file reply brief is granted [# 32].

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|